IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| TYRICQWON BURKS, VIRGIL MCQUEEN, AND ALLEN HALL | PLAINTIFFS |
| VS. | NO.: 3:18-cv-00185-CWR-LRA |
| CITY OF CARTHAGE, OFFICER ADAM WADE, individual and official capacities; OFFICER CHASE QUIMBY, individual and official capacities; CHIEF KENNY MOORE, individual and official capacities. | DEFENDANTS |

## AFFIDAVIT OF NICHOLAS F. MORISANI

STATE OF MISSISSIPPI
COUNTY OF HINDS

**PERSONALLY APPEARED BEFORE ME**, the undersigned who stated on his oath:

1. My name is Nicholas F. Morisani, and I am an adult resident of Jackson, Mississippi. I am competent to testify to the facts set forth herein.

2. I am one of the attorneys for the Defendant City of Carthage and Defendant Chief Kenny Moore ("Municipal Defendants") in the above-styled matter.

3. I certify that I made the good faith efforts outlined in the motion to compel and therefore find it necessary to seek intervention by the Court.

4. I am executing and submitting this Affidavit in support of Municipal Defendants' Motion to Compel.

THIS, the 22nd day of October, 2018.

_____
Nicholas F. Morisani

EXHIBIT E

SWORN TO AND SUBSCRIBED BEFORE ME, this the 22nd day of October, 2018.

                                                      */s/ Debra D. Hardwick*
                                                     NOTARY PUBLIC

My Commission Expires:

01/21/2019

[Notary Seal: DEBRA D HARDWICK, NOTARY PUBLIC, ID No. 6767, My Comm. Expires Jan 21, 2019, HINDS COUNTY, STATE OF MISSISSIPPI]